**Last revised 8/1/15**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Laura E. Banks

Case No.: _____16-28989_____

Judge: _____Christine M. Gravelle_____

Chapter: 13

Debtor(s)

## Chapter 13 Plan and Motions

☒ Original          ☒ Modified/Notice Required          ☒ Discharge Sought

☐ Motions Included          ☐ Modified/No Notice Required          ☐ No Discharge Sought

Date: _____November 26, 2016_____

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor.  This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney.  Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice.  **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

---

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ _____700.00_____ per _____month_____ to the Chapter 13 Trustee, starting on _____November 1, 2016_____ for approximately _____60_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

---

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:

Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☒ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____October 2017_____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2:    Adequate Protection

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ __1284.54 monthly__ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____Bank of America_____ (creditor).

## Part 3:    Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
| --- | --- | --- |
| Albert Russo, Standing Chapter 13 Trustee | Administrative | Commission |
| Gorski & Knowlton | Administrative counsel fees | $3300.00 plus additional fees per Court Order. |
| State of NJ; Department of Labor | Unemployment | $449.00 |

## Part 4:    Secured Claims

### a. Curing Default and Maintaining Payments
The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Brandon Farms Property Owners | 197 Shrewsbury Court, Pennington; Purchased by Debtor & deceased Husband in Oct. 95' for $101,000.00; Residence | | 0 | $6,000.00 | $130/ Quarterly |
| Brandon Farms Condo Assn. | | $11,000 | | $11,000 | $280.00 |
| Bank of America | | $25,496.83 | 0 | $25,496.83 | $1,284.54/Month pending loan mod /60% P&I 100% |

**b. Modification**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**c. Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

3

**d. Secured Claims Unaffected by the Plan**

The following secured claims are unaffected by the Plan:

Consumer Portfolio Services & Santander Consumer USA regular payments on 2010 Toyota RAV 4 & 2011 Hyundai Sonata.  Deducted from checking account PNC Bank $227.95 & $186.62 bi-weekly outside plan.

**e. Secured Claims to be Paid in Full Through the Plan**:

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:    Unsecured Claims

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| Student Loans |  | Forbearance | Outside Plan |

## Part 6:    Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
|  |  |  |

**Part 7:   Motions**

NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.

   **a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**

   The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| Central Jersey Surgical Group | DJ-285656-05 | J | $8,732.99 | $360 | $22,975 | $220,000 | in full |
| Brandon Farms Property Owners Assn. | DJ-02597-11 | J | $5,428.59 | $360 | $22,975 | $220,000 | in full |
| Bruce Small | DJ-311177-10 | J | $927.49 | $360 | $22,975 | $220,000 | in full |

   **b.  Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.**

   The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
|  |  |  |

   **c.  Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

   The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
|  |  |  |  |

## Part 8:    Other Plan Provisions

### a. Vesting of Property of the Estate

☒    Upon confirmation

☐    Upon discharge

### b.  Payment Notices

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c.  Order of Distribution

The Trustee shall pay allowed claims in the following order:

1) Trustee commissions

2)  Administrative claims

3)  Secured claims

4)  Priority claims and unsecured claims.

### d.  Post-Petition Claims

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:    Modification

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified:  October 4, 2016                      .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| 1. Part 4D improperly list both vehicles were secured by Santander Consumer USA.<br><br>2.  Bank of America Loan Modification listed in Part 4B and in Part 1C. | 1.  Part 4D revised to reflect Consumer Portfolio Services has lien on 2010 Toyota RAV 4  and Santander Consumer USA has lien on 2011 Hyundai Sonata both loans still current and still paid post-petition outside plan.<br><br>2.  Bank of America treatment in Part 4B moved to 4A per Trustee request at 341 First Meeting of Creditors. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐   Yes    ☒   No

**Part 10:    Sign Here**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: 11/14/2016 _____          /s/ Allen I. Gorski _____
                                                  Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 11/5/2016 _____          /s/ Laura E. Banks _____
                                                  Debtor

Date: _____          _____
                                        Joint Debtor

7

United States Bankruptcy Court
District of New Jersey

In re:
Laura E. Banks
      Debtor

Case No. 16-28989-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2      Date Rcvd: Nov 28, 2016
      Form ID: pdf901      Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2016.

```
db        +Laura E. Banks,   197 Shrewsbury Court,   Pennington, NJ 08534-5418
lm        +Bank of America/Everbank,   7105 Corporate Drive,   PTX B-209,   Plano, Tx 75024-4100
516429940  Bank of America,   PO Box 15222,   Wilmington, DE 19886-5222
516429939 +Bank of America,   c/o KML Law Group, P.C.,   216 Haddon Avenue, Ste. 406,
            Westmont, NJ 08108-2812
516429941 +Brandon Farms Property OwnerAssoc., Inc.,   c/o Stark & Stark,   PO Box 5315,
            Princeton, NJ 08543-5315
516429942 +Brandon Farms Property Owners,   c/o RCP Management Company,   10 Centre Drive,
            Monroe Township, NJ 08831-1564
516429943 +Bruce Small,   c/o Anthony J. Apicelli, Jr., Esquire,   2121 State Highway 33,
            Trenton, NJ 08690-1740
516429944  Bureau Of Account Mana,   Bureau Of Account,   Camp Hill, PA 17011
516429945 +Central Jersey Surgical Group,   40 Fuld St # 403,   Trenton, NJ 08638-5247
516429946 +Consumer Portfolio Svc,   Attn:Bankruptcy,   19500 Jamboree Rd,   Irvine, CA 92612-2401
516429949 +First Service Residential,   PO Box 11980,   Newark, NJ 07101-4955
516429951 +Mohela/dept Of Ed,   633 Spirit Dr,   Chesterfield, MO 63005-1243
516429952 #+Payliance,   Attention: Disputes,   3 Easton Oval  Suite 210,   Columbus, OH 43219-6011
516429953 +Santander Consumer USA,   Po Box 961245,   Fort Worth, TX 76161-0244
516478426 +Santander Consumer USA,   POB 1245,   Fort Worth, TX 76101
516466521 +Santander Consumer USA Inc.,   P.O. Box 560284,   Dallas, TX 75356-0284
516429954  State of New Jersey,   Department of Labor,   PO Box 951,   Trenton, NJ 08625-0951
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg        E-mail/Text: usanj.njbankr@usdoj.gov Nov 28 2016 21:25:09   U.S. Attorney,   970 Broad St.,
            Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg       +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 28 2016 21:25:09   United States Trustee,
            Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
            Newark, NJ 07102-5235
516452603  E-mail/Text: bankruptcy@consumerportfolio.com Nov 28 2016 21:25:12
            CONSUMER PORTFOLIO  SERVICES , INC.,   PO BOX 57071,   IRVINE, CA 92619 - 7071
516429950 +E-mail/Text: collections@greentrustcash.com Nov 28 2016 21:25:18   Green Trust Cash,
            PO Box 340,   Hays, MT 59527-0340
                                                                        TOTAL: 4
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516429948*  +Economic Advantage Corporation,   8 Haven Avenue; Suite 224,   Port Washington, NY 11050-3636
516429947  ##+Economic Advantage,   8 Haven Avenue; Suite 224,   Port Washington, NY 11050-3636
                                                           TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2016      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0312-3                User: admin              Page 2 of 2                    Date Rcvd: Nov 28, 2016
                                    Form ID: pdf901          Total Noticed: 21


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2016 at the address(es) listed below:
          Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo   docs@russotrustee.com
          Allen I Gorski   on behalf of Debtor Laura E. Banks agorski@gorskiknowlton.com
          Denise E. Carlon   on behalf of Creditor   EVERBANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
                                                                                                  TOTAL: 4