| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br> Denise Carlon, Esquire <br> KML Law Group. P.C. <br> 216 Haddon Avenue. Suite 406 <br> Westmont, NJ 08108 <br> Attorney for Creditor |



Order Filed on December 22, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Laura E. Banks

        DEBTOR

Case No:    <u>16-28989 CMG</u>

Judge:    <u>Judge Christine M. Gravelle</u>

Chapter:    <u>13</u>

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 22, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on October 10, 2016, and having granted until October 25, 2016:

Property:    197 Shrewsbury Court Pennington, NJ 08534

Creditor:    Bank of America, N.A.

and a Request for

    x Early Termination of the Loss Mitigation Period having been filed by Bank of America, N.A. and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is terminated, effective December 9, 2016.

United States Bankruptcy Court
District of New Jersey

In re:  
Laura E. Banks  
    Debtor

Case No. 16-28989-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 22, 2016  
                           Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2016.  
db         +Laura E. Banks,   197 Shrewsbury Court,    Pennington, NJ 08534-5418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2016 at the address(es) listed below:

         Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com  
         Albert   Russo    docs@russotrustee.com  
         Allen I Gorski    on behalf of Debtor Laura E. Banks agorski@gorskiknowlton.com  
         Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Denise E. Carlon    on behalf of Creditor   EVERBANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Joseph H. Lemkin    on behalf of Creditor   Brandon Farms Property Owners Association, Inc. jlemkin@stark-stark.com  
         Joseph H. Lemkin    on behalf of Creditor   Brandon Farms Condominium Association Inc jlemkin@stark-stark.com  
                                                                                                       TOTAL: 7