UNITED STATES BANKRUPTCY COURT

District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Albert Russo
Cn 4853
Trenton, NJ 08650
(609) 587-6888

In re:

    Laura E. Banks

Debtor(s)

Order Filed on March 9, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-28989 / CMG

Hearing Date: 02/15/2017

Judge: Christine M. Gravelle

Chapter: 13

## ORDER CONFIRMING CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: March 9, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The plan of the debtor having been proposed to creditors, and a hearing having been held on the confirmation of such plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

**ORDERED** that the plan of the above named debtor, dated 11/26/2016, or the last amended plan of the debtor be and it is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor.

**ORDERED** that the plan of the debtor is confirmed to pay the Standing Trustee for a period of  60 months.

**ORDERED** that the debtor shall pay the Standing Trustee, Albert Russo, based upon the following schedule, which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586:

$2,100.00 PAID TO DATE

$751.00 for 56 months beginning 3/1/2017

**ORDERED** that the case is confirmed with a calculated plan funding of $44,156.00.  General unsecured creditors are scheduled to receive a pro-rata dividend of funds available.

**ORDERED**  that the Standing Trustee shall be authorized to submit, ex-parte, an Amended Confirming Order, if required, subsequent to the passage of the claims bar date(s) provided under Fed. R. Bank. P. 3002.

**ORDERED** that the debtor's attorney be and hereby is allowed a fee pursuant to the filed 2016(b) Statement.  Any unpaid balance of the allowed fee shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee.

**ORDERED** that if the debtor should fail to make plan payments or fail to comply with other plan provisions for a period of more than 30 days, the Standing Trustee may file, with the Court and serve upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed.  The debtor shall have fourteen (14) days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

**ORDERED** that to the extent Section 7 of the debtor's plan contains motions to avoid judicial liens under 11 U.S.C. § 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified below:

NO EXCEPTIONS

**ORDERED** that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any lien discharged.

**ORDERED** that the Standing Trustee is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. § 1305(a).

**ORDERED** that student loans are to be paid outside of the Chapter 13 Plan.

**ORDERED** that the debtor(s) must obtain a loan modification by 7/15/2017 or as extended by Loss Mitigation Order.

• Creditor EVERBANK, PACER claim #5-1, will be paid outside of the Chapter 13 Plan.

**ORDERED** as follows:

ORDER RESOLVING OBJECTION OF BRANDON FARMS AND EVERBANK MUST BE FILED WITHIN 30 DAYS OF CONFIRMATION.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-28989-CMG
Laura E. Banks                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Mar 09, 2017
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2017.
db              +Laura E. Banks,    197 Shrewsbury Court,    Pennington, NJ 08534-5418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2017 at the address(es) listed below:
        Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
        Albert  Russo    docs@russotrustee.com
        Allen I Gorski    on behalf of Debtor Laura E. Banks agorski@gorskiknowlton.com
        Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Creditor    EVERBANK dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Joseph H. Lemkin    on behalf of Creditor    Brandon Farms Property Owners Association, Inc.
         jlemkin@stark-stark.com
        Joseph H. Lemkin    on behalf of Creditor    Brandon Farms Condominium Association Inc
         jlemkin@stark-stark.com
                                                                           TOTAL: 7