| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Gorski & Knowlton PC<br>By: Allen I. Gorski, Esquire<br>311 Whitehorse Ave, Suite A<br>Hamilton, New Jersey 08610<br>(609) 964-4000<br>(609) 585-2553 - facsimile<br>agorski@gorskiknowlton.com<br>Attorneys for Debtor(s) | Order Filed on March 20, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Laura Banks<br><br>                Debtor(s) | Chapter 13<br><br>Case No.: 16-28989-CMG<br><br>Judge: Christine M. Gravellle |

**CONSENT ORDER RESOLVING CLAIMS OF BRANDON FARMS &
OBJECTIONS TO CONFIRMATION**
Confirmation Hearing: February 15, 2017

    The relief set forth on the following page(s) Two (2) through three (3) is hereby **ORDERED**.

**DATED: March 20, 2017**

_Honorable Christine M. Gravelle_
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Laura E. Banks |
| Case No.: | 16-28989-CMG |
| Caption: | CONSENT ORDER RESOLVING CLAIMS OF BRANDON FARMS & OBJECTIONS TO CONFIRMATION |

THIS MATTER having come before the Court, Allen I. Gorski, Esquire, Gorski & Knowlton appearing with the Debtor, Laura Banks, and Joseph Lemkin, Esquire, Stark & Stark appearing on behalf of Brandon Farms Condominium Association and Brandon Farms Property Owners Association, Inc., and Albert Russo, Standing Chapter 13 Trustee appearing, and the Court having reviewed claim #3 filed by Brandon Farms Condominium Association, Inc and claim #4 filed by Brandon Farms Property Owners Association, Inc., and having reviewed the objections to the modified plan filed by Brandon Farms Condominium Association and Brandon Farms Property Owners Association, Inc., and parties having agreed to the form and entry of this Order, and for good cause shown;

IT IS hereby ORDERED:

1. The objections filed by Brandon Farms Condominium Association and Brandon Farms Property Owners Association, Inc. are hereby withdrawn.

2. The Debtor shall remain current on all post-petition payments due to the Brandon Farms Condominium Association and Brandon Farms Property Owners Association, Inc. outside the Plan.

3. Brandon Farms Condominium Association claim #3 in the amount of $32,796.81 of arrears shall be paid a secured claim of $25,405.14 through the Standing Chapter 13 Trustee and the Debtor's Plan. The balance of the claim of $7,391.67 shall be treated as unsecured.

4. The Brandon Farms Property Owners Association, Inc. claim #4 in the amount of $10,539.04 shall be treated as a secured claim and paid by the Chapter 13 Trustee through the Chapter 13 Plan.

5. Provided that the Debtor successfully completes the Chapter 13 Plan and obtains a Discharge, the Brandon Farms Property Owners Association, Inc. shall provide the Debtor with a Warrant to Satisfy the Judgment, DJ-02597-11 as set forth in part 7 of the Debtor's Amended Plan dated November 26, 2016.  Upon Debtor's successful completion of the Plan and obtaining a discharge the Brandon Farms Property Owners Association, Inc. and Brandon Farms Condominium Association shall file a release of all the liens attached to Proof of Claim #3, Brandon Farms Condominium Association and Proof of Claim #4 filed by Brandon Farms Property Owners Association, Inc.

I hereby consent to the form and entry of this Order.


/s/ Joseph H. Lemkin
---

Joseph H. Lemkin, Esquire
Stark & Stark
993 Lenox Drive, Bldg. 2
PO Box 5315
Princeton, NJ 08543-5315
Attorneys for Creditors


/s/ Allen I. Gorski
---

Allen I. Gorski, Esquire
Gorski & Knowlton, PC
311 Whitehorse Avenue; Suite A
Hamilton, NJ 08610
Attorneys for Debtor