UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Gorski & Knowlton PC
By: Allen I. Gorski, Esquire
311 Whitehorse Ave, Suite A
Hamilton, New Jersey 08610
(609) 964-4000
(609) 585-2553 - facsimile
agorski@gorskiknowlton.com
Attorneys for Debtor(s)

Order Filed on March 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br><br>Laura Banks<br><br>Debtor(s) | Chapter 13<br><br>Case No.:  16-28989-CMG<br><br>Judge:   Christine M. Gravellle |

**CONSENT ORDER RESOLVING CLAIMS OF BRANDON FARMS &
OBJECTIONS TO CONFIRMATION
Confirmation Hearing:   February 15, 2017**

The relief set forth on the following page(s) Two (2)  through three (3) is hereby **ORDERED**.

**DATED: March 20, 2017**

_Honorable Christine M. Gravelle_
United States Bankruptcy Judge

Debtor:     Laura E. Banks
Case No.:   16-28989-CMG
Caption:    CONSENT ORDER RESOLVING CLAIMS OF BRANDON FARMS & OBJECTIONS TO CONFIRMATION

THIS MATTER having come before the Court, Allen I. Gorski, Esquire, Gorski & Knowlton appearing with the Debtor, Laura Banks, and Joseph Lemkin, Esquire, Stark & Stark appearing on behalf of Brandon Farms Condominium Association and Brandon Farms Property Owners Association, Inc., and Albert Russo, Standing Chapter 13 Trustee appearing, and the Court having reviewed claim #3 filed by Brandon Farms Condominium Association, Inc and claim #4 filed by Brandon Farms Property Owners Association, Inc., and having reviewed the objections to the modified plan filed by Brandon Farms Condominium Association and Brandon Farms Property Owners Association, Inc., and parties having agreed to the form and entry of this Order, and for good cause shown;

IT IS hereby ORDERED:

1. The objections filed by Brandon Farms Condominium Association and Brandon Farms Property Owners Association, Inc. are hereby withdrawn.

2. The Debtor shall remain current on all post-petition payments due to the Brandon Farms Condominium Association and Brandon Farms Property Owners Association, Inc. outside the Plan.

3. Brandon Farms Condominium Association claim #3 in the amount of $32,796.81 of arrears shall be paid a secured claim of $25,405.14 through the Standing Chapter 13 Trustee and the Debtor's Plan. The balance of the claim of $7,391.67 shall be treated as unsecured.

4. The Brandon Farms Property Owners Association, Inc. claim #4 in the amount of $10,539.04 shall be treated as a secured claim and paid by the Chapter 13 Trustee through the Chapter 13 Plan.

5. Provided that the Debtor successfully completes the Chapter 13 Plan and obtains a Discharge, the Brandon Farms Property Owners Association, Inc. shall provide the Debtor with a Warrant to Satisfy the Judgment, DJ-02597-11 as set forth in part 7 of the Debtor's Amended Plan dated November 26, 2016. Upon Debtor's successful completion of the Plan and obtaining a discharge the Brandon Farms Property Owners Association, Inc. and Brandon Farms Condominium Association shall file a release of all the liens attached to Proof of Claim #3, Brandon Farms Condominium Association and Proof of Claim #4 filed by Brandon Farms Property Owners Association, Inc.

I hereby consent to the form and entry of this Order.

/s/ Joseph H. Lemkin
---
Joseph H. Lemkin, Esquire
Stark & Stark
993 Lenox Drive, Bldg. 2
PO Box 5315
Princeton, NJ 08543-5315
Attorneys for Creditors

/s/ Allen I. Gorski
---
Allen I. Gorski, Esquire
Gorski & Knowlton, PC
311 Whitehorse Avenue; Suite A
Hamilton, NJ 08610
Attorneys for Debtor

3

United States Bankruptcy Court
District of New Jersey

In re:  
Laura E. Banks  
    Debtor

Case No. 16-28989-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 20, 2017  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2017.  
db            +Laura E. Banks,    197 Shrewsbury Court,    Pennington, NJ 08534-5418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2017 at the address(es) listed below:  
         Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Albert    Russo    docs@russotrustee.com  
         Allen I Gorski    on behalf of Debtor Laura E. Banks agorski@gorskiknowlton.com  
         Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Denise E. Carlon    on behalf of Creditor    EVERBANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Joseph H. Lemkin    on behalf of Creditor    Brandon Farms Property Owners Association, Inc. jlemkin@stark-stark.com  
         Joseph H. Lemkin    on behalf of Creditor    Brandon Farms Condominium Association Inc jlemkin@stark-stark.com  
                                                                                 TOTAL: 7