Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−28989−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Laura E. Banks
   197 Shrewsbury Court
   Pennington, NJ 08534

Social Security No.:
   xxx−xx−7738

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:       5/3/17
Time:       12:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Gorski Knowlton, Attorney for Debtor

COMMISSION OR FEES
$11,040.00

EXPENSES
$411.75

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: March 31, 2017
JAN:

                                           Jeanne Naughton
                                           Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Laura E. Banks
      Debtor

Case No. 16-28989-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Mar 31, 2017
                           Form ID: 137     Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2017.
```
db           +Laura E. Banks,    197 Shrewsbury Court,    Pennington, NJ 08534-5418
lm           +Bank of America/Everbank,    7105 Corporate Drive,    PTX B-209,    Plano, Tx 75024-4100
cr           +Brandon Farms Condominium Association Inc,    c/o Stark & Stark, A Professional Corpor,
               Building 2,    993 Lenox Drive,    Lawrenceville, NJ  08648,    UNITED STATES 08648-2316
cr           +Brandon Farms Property Owners Association, Inc.,    c/o Stark & Stark, A Professional Corpor,
               Building 2,    993 Lenox Drive,    Lawrenceville, NJ 08648-2316
516429940     Bank of America,    PO Box 15222,    Wilmington, DE 19886-5222
516429939    +Bank of America,    c/o KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
               Westmont, NJ 08108-2812
516539528    +Brandon Farms Condominium Association, Inc.,    c/o Stark & Stark,   A Professional Corporation,
               Building 2,    993 Lenox Drive,    Lawrenceville, NJ 08648-2316
516429941    +Brandon Farms Property OwnerAssoc., Inc.,    c/o Stark & Stark,    PO Box 5315,
               Princeton, NJ 08543-5315
516429942    +Brandon Farms Property Owners,    c/o RCP Management Company,    10 Centre Drive,
               Monroe Township, NJ 08831-1564
516429943    +Bruce Small,    c/o Anthony J. Apicelli, Jr., Esquire,    2121 State Highway 33,
               Trenton, NJ 08690-1740
516429944     Bureau Of Account Mana,    Bureau Of Account,    Camp Hill, PA 17011
516429945    +Central Jersey Surgical Group,    40 Fuld St # 403,    Trenton, NJ 08638-5247
516429946    +Consumer Portfolio Svc,    Attn:Bankruptcy,    19500 Jamboree Rd,    Irvine, CA 92612-2401
516565589     EverBank,   c/o Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
516429949    +First Service Residential,    PO Box 11980,    Newark, NJ 07101-4955
516429951    +Mohela/dept Of Ed,    633 Spirit Dr,    Chesterfield, MO 63005-1243
516429952    #+Payliance,    Attention: Disputes,    3 Easton Oval  Suite 210,    Columbus, OH 43219-6011
516429953    +Santander Consumer USA,    Po Box 961245,    Fort Worth, TX 76161-0244
516478426    +Santander Consumer USA,    POB 1245,    Fort Worth, TX 76101
516466521    +Santander Consumer USA Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
516429954     State of New Jersey,    Department of Labor,    PO Box 951,    Trenton, NJ 08625-0951
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 31 2017 23:44:23      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 31 2017 23:44:19      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516452603     E-mail/Text: bankruptcy@consumerportfolio.com Mar 31 2017 23:44:32
               CONSUMER PORTFOLIO  SERVICES , INC.,    PO BOX 57071,    IRVINE, CA 92619 - 7071
516429950    +E-mail/Text: collections@greentrustcash.com Mar 31 2017 23:45:10      Green Trust Cash,
               PO Box 340,    Hays, MT 59527-0340
                                                                                              TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516429948*    +Economic Advantage Corporation,    8 Haven Avenue; Suite 224,    Port Washington, NY 11050-3636
516429947   ##+Economic Advantage,    8 Haven Avenue; Suite 224,    Port Washington, NY 11050-3636
                                                                                 TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Mar 31, 2017
                              Form ID: 137             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2017 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Allen I Gorski    on behalf of Debtor Laura E. Banks agorski@gorskiknowlton.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    EVERBANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joseph H. Lemkin    on behalf of Creditor    Brandon Farms Property Owners Association, Inc.
               jlemkin@stark-stark.com
              Joseph H. Lemkin    on behalf of Creditor    Brandon Farms Condominium Association Inc
               jlemkin@stark-stark.com
                                                                                             TOTAL: 7
```