April 20, 2017

Laura E. Banks
197 Shrewsbury Court
Pennington, NJ 08534
(609) 731-6082
Social Security No.: 7738

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No:     16-28989-CMG
Chapter:     13
Attorney/ Gorski Knowlton

RE:    APPLICATION FOR COMPENSATION

Attention: Honorable Christine M. Gravelle

Dear Judge Gravelle:

This letter stands as an objection to the total Commission or Fees of $11,040.00
for the aforementioned case.  Please note the following reasons:

- The expenses are not correct; information billed from November 15, 2016
  thru March 15, 2016 was obtained from my previous bankruptcy Attorney
  Kevin Fayette.  Allen Gorski of (Gorski Knowlton, Attorney) personally
  stated during our meeting that he had obtained all of that information from
  the previous bankruptcy.
- Allen Gorski <u>never</u> made contact with Bank of America's Home Loan
  Modification regarding the modification.  Any and all contact was done by
  Laura Banks only.  Allen Gorski provided a letter on October 17, 2016
  granting permission for Bank of America to communicate with Laura Banks
  during the process and Allen Gorski never attempted to assist in the
  process.
- October 10, 2016 Allen Gorski did not stop the wage execution

Please deduct the following:

- $2,240.00 11/16/15-3/14/16 work done by previous attorney
- $280.00 10/10/16 Allen Gorski's office DID NOT stop the wage execution
- $1,560.00 all correspondence with Bank of America BOA

Total amount incorrectly charged - $4,080.00

Total Amount due to Gorski Knowlton, Attorney - **$3117.00**

I will be present on May 3, 2017 with documentation to substantiate the above.

If you need any further information, please feel free to contact me.

Sincerely,

*Laura E. Banks*

Laura E. Banks, MSW

*Copy: Gorski and Knowlton, PC*

*Mailed: 4/21/17*