UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Allen I. Gorski, Esquire
Gorski & Knowlton, PC
311 Whitehorse Ave., Suite A
Hamilton, NJ  08610
Phone:  (609)964-4000
Fax:  (609)585-2553
Email:  agorski@gorskiknowlton.com

**Order Filed on May 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Laura Banks

Case No.:    16-28989

Chapter:    13

Judge:    Gravelle

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 12, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter become before the Court, Allen I. Gorski, Esquire, Gorski & Knowlton, PC, appearing on behalf of the Applicant, Gorski & Knowlton, PC, and Albert Russo, Standing Chapter 13 Trustee, and the Debtor, Laura Banks appearing, and the Court having reviewed the objection filed by the Debtor, and having heard arguments of the Debtor and counsel, and for good cause shown;

IT IS hereby ORDERED:

1. Gorski & Knowlton, PC, the Applicant, is allowed a net additional fee of $5,000.00 plus cost as requested of $411.75. The additional allowance of $5,411.75 is payable through the Chapter 13 Plan as an administrative priority.

2. The Debtor's monthly Plan is modified to require payment of $868.00 per month for 53 months to allow for payment of the above fee beginning June 2017.