UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Allen I. Gorski, Esquire
Gorski & Knowlton, PC
311 Whitehorse Ave., Suite A
Hamilton, NJ  08610
Phone:  (609)964-4000
Fax:  (609)585-2553
Email:  agorski@gorskiknowlton.com

**Order Filed on May 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Laura Banks

Case No.:     16-28989

Chapter:     13

Judge:     Gravelle

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 12, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter become before the Court, Allen I. Gorski, Esquire, Gorski & Knowlton, PC, appearing on behalf of the Applicant, Gorski & Knowlton, PC, and Albert Russo, Standing Chapter 13 Trustee, and the Debtor, Laura Banks appearing, and the Court having reviewed the objection filed by the Debtor, and having heard arguments of the Debtor and counsel, and for good cause shown;

IT IS hereby ORDERED:

1. Gorski & Knowlton, PC, the Applicant, is allowed a net additional fee of $5,000.00 plus cost as requested of $411.75.  The additional allowance of $5,411.75 is payable through the Chapter 13 Plan as an administrative priority.

2. The Debtor's monthly Plan is modified to require payment of $868.00 per month for 53 months to allow for payment of the above fee beginning June 2017.

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 16-28989-CMG
Laura E. Banks                                                  Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1             Date Rcvd: May 12, 2017
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2017.
```
db             +Laura E. Banks,    197 Shrewsbury Court,    Pennington, NJ 08534-5418
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2017 at the address(es) listed below:
```
              Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo     docs@russotrustee.com
              Allen I Gorski     on behalf of Attorney    Gorski & Knowlton PC agorski@gorskiknowlton.com
              Allen I Gorski     on behalf of Debtor Laura E. Banks agorski@gorskiknowlton.com
              Denise E. Carlon     on behalf of Creditor     EVERBANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon     on behalf of Creditor     BANK OF AMERICA, N.A dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joseph H. Lemkin     on behalf of Creditor     Brandon Farms Condominium Association Inc
               jlemkin@stark-stark.com
              Joseph H. Lemkin     on behalf of Creditor     Brandon Farms Property Owners Association, Inc.
               jlemkin@stark-stark.com
                                                                                               TOTAL: 8
```