Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–28989–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Laura E. Banks
   197 Shrewsbury Court
   Pennington, NJ 08534

Social Security No.:
   xxx–xx–7738

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/19/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.


Dated: July 20, 2017
JAN: bwj

                                                                 Jeanne Naughton
                                                                 Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                              Case No. 16-28989-CMG
Laura E. Banks                                                      Chapter 13
       Debtor                      CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                 Page 1 of 2                  Date Rcvd: Jul 20, 2017
                              Form ID: 148                Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2017.
db             +Laura E. Banks,    197 Shrewsbury Court,    Pennington, NJ 08534-5418
aty            +Gorski & Knowlton PC,    311 Whitehorse Avenue,    Suite A,   Hamilton, NJ 08610-1430
cr             +Brandon Farms Condominium Association Inc,    c/o Stark & Stark, A Professional Corpor,
                 Building 2,   993 Lenox Drive,    Lawrenceville, NJ  08648,   UNITED STATES 08648-2316
cr             +Brandon Farms Property Owners Association, Inc.,    c/o Stark & Stark, A Professional Corpor,
                 Building 2,   993 Lenox Drive,    Lawrenceville, NJ 08648-2316
516429939      +Bank of America,    c/o KML Law Group, P.C.,   216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
516539528      +Brandon Farms Condominium Association, Inc.,    c/o Stark & Stark,   A Professional Corporation,
                 Building 2,   993 Lenox Drive,    Lawrenceville, NJ 08648-2316
516429941      +Brandon Farms Property OwnerAssoc., Inc.,    c/o Stark & Stark,   PO Box 5315,
                 Princeton, NJ 08543-5315
516429942      +Brandon Farms Property Owners,    c/o RCP Management Company,   10 Centre Drive,
                 Monroe Township, NJ 08831-1564
516429943      +Bruce Small,    c/o Anthony J. Apicelli, Jr., Esquire,    2121 State Highway 33,
                 Trenton, NJ 08690-1740
516429944       Bureau Of Account Mana,    Bureau Of Account,    Camp Hill, PA 17011
516429945      +Central Jersey Surgical Group,    40 Fuld St # 403,    Trenton, NJ 08638-5247
516429946      +Consumer Portfolio Svc,    Attn:Bankruptcy,    19500 Jamboree Rd,   Irvine, CA 92612-2411
516429949      +First Service Residential,    PO Box 11980,    Newark, NJ 07101-4955
516429951      +Mohela/dept Of Ed,    633 Spirit Dr,    Chesterfield, MO 63005-1243
516429952     #+Payliance,    Attention: Disputes,   3 Easton Oval Suite 210,    Columbus, OH 43219-6011
516429954       State of New Jersey,    Department of Labor,    PO Box 951,   Trenton, NJ 08625-0951

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 20 2017 23:10:54      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 20 2017 23:10:50      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
lm             +EDI: BANKAMER.COM Jul 20 2017 22:48:00      Bank of America/Everbank,   7105 Corporate Drive,
                 PTX B-209,   Plano, Tx 75024-4100
516429940       EDI: BANKAMER.COM Jul 20 2017 22:48:00      Bank of America,   PO Box 15222,
                 Wilmington, DE 19886-5222
516452603       E-mail/Text: bankruptcy@consumerportfolio.com Jul 20 2017 23:11:01
                 CONSUMER PORTFOLIO SERVICES , INC.,    PO BOX 57071,    IRVINE, CA 92619 - 7071
516565589       EDI: BANKAMER.COM Jul 20 2017 22:48:00      EverBank,   c/o Bank of America, N.A.,
                 PO Box 31785,   Tampa, FL 33631-3785
516429950      +E-mail/Text: collections@greentrustcash.com Jul 20 2017 23:11:22      Green Trust Cash,
                 PO Box 340,   Hays, MT 59527-0340
516478426       EDI: DRIV.COM Jul 20 2017 22:48:00      Santander Consumer USA,   Att: Bankruptcy Dept,
                 POB 560284,   Dallas, TX  75356-0284
516429953      +EDI: DRIV.COM Jul 20 2017 22:48:00      Santander Consumer USA,   Po Box 961245,
                 Fort Worth, TX 76161-0244
516466521      +EDI: DRIV.COM Jul 20 2017 22:48:00      Santander Consumer USA Inc.,   P.O. Box 560284,
                 Dallas, TX 75356-0284
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516429948*     +Economic Advantage Corporation,    8 Haven Avenue; Suite 224,   Port Washington, NY 11050-3636
516429947     ##+Economic Advantage,    8 Haven Avenue; Suite 224,   Port Washington, NY 11050-3636
                                                                                              TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 20, 2017
                              Form ID: 148             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2017                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2017 at the address(es) listed below:
          Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Allen I Gorski    on behalf of Attorney    Gorski & Knowlton PC agorski@gorskiknowlton.com
          Allen I Gorski    on behalf of Debtor Laura E. Banks agorski@gorskiknowlton.com
          Denise E. Carlon    on behalf of Creditor    EVERBANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joseph H. Lemkin    on behalf of Creditor    Brandon Farms Condominium Association Inc
           jlemkin@stark-stark.com
          Joseph H. Lemkin    on behalf of Creditor    Brandon Farms Property Owners Association, Inc.
           jlemkin@stark-stark.com
                                                                                           TOTAL: 8
```